**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
*All Correspondence to NJ Office*

September 25, 2017

The Honorable U.S. District Judge Kurt D. Engelhardt
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C367
New Orleans, LA 70130
**VIA ECF**

     **Re:**  Autin v. Jackson et al
        Case No.: 2:17-cv-04911-KDE-JCW

To the Honorable U.S. District Judge Kurt D. Engelhardt,

  The undersigned represents the Plaintiff in the above referenced matter.

  Please be advised that this matter has been settled as all claims against the Defendants. It is therefore respectfully requested that the matter be stayed for 120 days, to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance. The parties request 120 days, as the Settlement involves a four-month payment plan, and wish this Court to retain jurisdiction over this matter until all payments due under the Settlement are received.

  Defendants' counsel is copied on this communication and has consented to the within request. Kindly contact the undersigned with any questions or concerns regarding the foregoing.

        Respectfully Submitted,

        s/ Yitzchak Zelman
        Yitzchak Zelman, Esq.

YZ/llh