# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANNE AUTIN**<br>Individually and on Behalf<br>Of All Other Similarly Situated<br><br>　　Plaintiff,<br><br>v.<br><br>**JOHN LEE JACKSON**, *et al.*<br>　　Defendants. | CASE NO. 2:17-CV-04911<br><br>SECTION N (ENGELHARDT)<br><br>MAGISTRATE 2 (WILKINSON) |

## ORDER OF DISMISSAL

　　The Court has been advised by counsel for the parties that all of the parties to this action have agreed upon a settlement (Rec. Doc. 92). Accordingly, **IT IS ORDERED** that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within one hundred twenty (120) days, to re-open the action if settlement is not consummated. The Court retains jurisdiction, however, to enforce the settlement agreed upon by the parties.

　　COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

　　New Orleans, Louisiana this __27th__ day of September, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE